In the Matter of the Arbitration between MOTT GARDENS, INC., Appellant, and PRUDENTIAL LUMBER CORP., Respondent.— In a proceeding to stay arbitration, it appears that a writing was signed by both parties in respect of the sale and purchase of lumber, and that the writing states near its beginning that the transaction is "subject to the terms and conditions contained on the back hereof". Included on the back is a provision for arbitration of disputes. The

buyer seeks a stay of arbitration on the ground that the writing, although signed, does not constitute a contract because of fraud, mutual mistake, lack of consideration, lack of mutuality. Order denying application to stay arbitration affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.